# United States Court of Appeals
## For the First Circuit

---

No. 12-2207

TRANSAMERICA LIFE INSURANCE COMPANY,

Plaintiff, Appellant,

v.

ESTELLA RODRIGUES,

Defendant, Appellee,

---

JOSEPH CARAMADRE, ET AL.,

Defendants.

No. 12-2208

WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,

Plaintiff, Appellant,

v.

ADM ASSOCIATES, LLC,

Defendant, Appellee,

---

JOSEPH CARAMADRE, ET AL.,

Defendants.

No. 12-2209

WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO,

Plaintiff, Appellant,

v.

DK LLC, ET AL.,

Defendant, Appellee,

_____

JOSEPH CARAMADRE, ET AL.,

Defendants.

_____

ORDER OF COURT

Entered:  January 3, 2013

These three appeals are consolidated.

The time for filing the appellant briefs is extended until March 8, 2013.

By the Court:

/s/ Margaret Carter, Clerk

David E. Barry
Michael J. Daly
Robert G. Flanders Jr.
John A. MacFadyen
Brooks R. Magratten
Kelly M. Moore
C. Leonard O'Brien
David G. Palmer
R. Daniel Prentiss
Adam M. Ramos
Raymond Matthew Ripple
Deming E. Sherman