# United States Court of Appeals
## For the First Circuit

No. 12-2208

WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO

Plaintiff - Appellant

v.

ADM ASSOCIATES, LLC

Defendant - Appellee

JOSEPH CARAMADRE; RAYMOUR RADHAKISTAN; ESTATE PLANNING
RESOURCES, INC.; EDWARD HANRAHAN; THE LEADERS GROUP, INC.; CHARLES
BUCKMAN

No. 12-2209

WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO

Plaintiff - Appellant

v.

DK LLC; EDWARD HANRAHAN

Defendant - Appellee

JOSEPH CARAMADRE; RAYMOUR RADHAKRISHAN; ESTATE PLANNING
RESOURCES, INC.;THE LEADERS GROUP, INC.; JASON VEVEIROS

**APPELLEE'S BRIEFING NOTICE**

Issued: March 11, 2013

Appellee's brief must be filed by **April 11, 2013**.

The deadline for filing appellant's reply brief will run from service of appellee's brief in
accordance with Fed. R. App. P. 31 and 1st Cir. R. 31.0. Parties are advised that extensions of
time are not normally allowed without timely motion for good cause shown.

Presently, it appears that this case may be ready for argument or submission at the

coming **July/August, 2013** session.

The First Circuit Rulebook, which contains the Federal Rules of Appellate Procedure, First Circuit Local Rules and First Circuit Internal Operating Procedures, is available on the court's website at www.ca1.uscourts.gov. Please note that the court's website also contains tips on filing briefs, including a checklist of what your brief must contain.

**Failure to file a brief in compliance with the federal and local rules will result in the issuance of an order directing the party to file a conforming brief and could result in the appellee not being heard at oral argument. <u>See</u> 1st Cir. R. 3 and 45.**

Margaret Carter, Clerk


UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Todd Smith - (617) 748-4273


cc:
David E. Barry
Catherine R. Connors
Michael J. Daly
Robert G. Flanders Jr.
Brooks R. Magratten
R. Daniel Prentiss
Raymond Matthew Ripple
Deming E. Sherman