# CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure

Plaintiff/Appellant submits the following corporate disclosure statement:

Western Reserve Life Assurance Co. of Ohio is owned by AEGON USA, LLC., which is owned by AEGON U.S. Holding Corporation, owned by Transamerica Corporation, owned by The AEGON Trust, owned by AEGON International B.V., owned by AEGON N.V.

Dated:  March 8, 2013

/s/ Catherine R. Connors
Catherine R. Connors
First Circuit Bar No. 7451
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
(207) 791-1100

i