UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO<br><br>                Plaintiff - Appellant<br><br>v.<br><br>DK LLC; EDWARD HANRAHAN<br><br>                Defendant - Appellee<br><br>JOSEPH CARAMADRE; RAYMOUR RADHAKRISHNAN; ESTATE PLANNING RESOURCES, INC.; THE LEADERS GROUP, INC.; JASON VEVEIROS<br><br>                Defendants | No. 12-2209 |

**DISMISSAL AGREEMENT**

Pursuant to Federal Rule of Appellate Procedure 42(b), the Parties to this appeal, Western Reserve Life Assurance Co. of Ohio and DK LLC, hereby stipulate that this appeal, Docket No. 12-2209, be dismissed with prejudice and without costs to either party.  (The remaining appeal consolidated with Docket No. 12-2209, Docket No. 12-2208, is <u>not</u> stipulated for dismissal and remains for resolution by the Court.)

DATED:   March 15, 2013

*/s/ Catherine R. Connors*
Catherine R. Connors
First Circuit Bar No. 7451
Pierce Atwood LLP
Merrill's Wharf
254 Commercial Street
Portland, Maine 04101
(207) 791-1100
*Attorney for Plaintiff-Appellant*
*Transamerica Life Insurance Company*


*/s/ R. Daniel Prentiss*
R. Daniel Prentiss
First Circuit Bar No. 22249
R. Daniel Prentiss PC
1 Turks Head Place, Suite 380
Providence, RI  02903
(401) 824-5150
*Attorney for Defendant-Appellee*
*DK LLC*

## CERTIFICATE OF SERVICE

I certify that this Dismissal Agreement has been electronically filed with the Clerk of the Court on March 15, 2013. All attorneys listed below are ECF filers and will receive service by electronic means pursuant to Rule 4 of this Court's Rules Governing Electronic Filing:

>Robert G. Flanders, Jr.
>R. Daniel Prentiss
>Raymond Matthew Ripple
>Deming E. Sherman

Dated: March 15, 2013

>*/s/ Catherine R. Connors*
>Catherine R. Connors
>First Circuit Bar No. 7451
>Pierce Atwood LLP
>Merrill's Wharf
>254 Commercial Street
>Portland, Maine 04101
>(207) 791-1100