# United States Court of Appeals
## For the First Circuit
_____

No. 12-2209

WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO

Plaintiff - Appellant

v.

DK LLC; EDWARD HANRAHAN

Defendant - Appellee

JOSEPH CARAMADRE; RAYMOUR RADHAKRISHAN; ESTATE PLANNING
RESOURCES, INC.;THE LEADERS GROUP, INC.; JASON VEVEIROS
_____

**JUDGMENT**

Entered: March 18, 2012
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' joint motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.   Nothing in this judgment should be construed to affect appeal no. 12-2208, which remains pending.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk

cc:    David E. Barry
       Michael J. Daly
       Robert G. Flanders Jr.

John A. MacFadyen
Brooks R. Magratten
Kelly M. Moore
C. Leonard O'Brien
David G. Palmer
R. Daniel Prentiss
Adam M. Ramos
Raymond Matthew Ripple
Deming E. Sherman