# United States Court of Appeals
## For the First Circuit

No. 12-2209

WESTERN RESERVE LIFE ASSURANCE CO. OF OHIO

Plaintiff - Appellant

v.

DK LLC; EDWARD HANRAHAN

Defendant - Appellee

JOSEPH CARAMADRE; RAYMOUR RADHAKRISHAN; ESTATE PLANNING RESOURCES, INC.;THE LEADERS GROUP, INC.; JASON VEVEIROS

**MANDATE**

Entered: March 18, 2013

In accordance with the judgment of March 18, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
David E. Barry
Catherine R. Connors
Michael J. Daly
Robert G. Flanders Jr.
Brooks R. Magratten
R. Daniel Prentiss
Raymond Matthew Ripple
Deming E. Sherman