## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 and 29 (c)(1) of the Federal Rules of Appellate Procedure, ADM Associates, LLC hereby states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: June 6, 2013

                                                Respectfully submitted,
                                                ADM Associates, LLC,
                                                By its attorney,

                                                /s/ Randy Olen, Esq.
                                                _____
                                                Randy Olen, Esq.
                                                478A Broadway
                                                Providence, RI 02909
                                                Phone: (401) 274-1400
                                                Fax: (401) 274-2480
                                                Email: olenlaw@gmail.com